**Raymond C. TURCK, Claimant–Appellant,**

v.

**Sloan D. GIBSON, Acting Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2014–7028.**

United States Court of Appeals, Federal Circuit.

June 20, 2014.

Maxwell D. Kinman, Alexander Webb & Kinman, of Mason, Ohio, argued for claimant-appellant.

William J. Grimaldi, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Stuart F. Delery, Assistant Attorney General, Robert E. Kirschman, Jr., Director, and Scott D. Austin, Assistant Director. Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Meghan D. Alphonso, Attorney, United States Department of Veterans Affairs, of Washington, DC.

NEWMAN, LOURIE, and DYK, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**